**Order entered May 22, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00380-CV

**LUTHERAN SOCIAL SERVICES OF THE SOUTH, INC., Appellant**

**V.**

**WINNIE BLOUNT, INDIVIDUALLY AND AS NEXT FRIEND OF P.B., MINOR CHILD, AND JOHN BLOUNT, INDIVIDUALLY AND AS NEXT FRIEND OF P.B., MINOR CHILD, Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-02429**

## ORDER

We **GRANT** appellant's May 19, 2015 unopposed motion for an extension of time to file a brief. Appellant shall file a brief by **JUNE 25, 2015**. We caution appellant that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
JUSTICE